**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 20, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00384-CV

---

## MIDTOWN PARK DEVELOPMENT LTD., PAUL T. YOUNG AND HORIZON 2003, LLC, Appellants

### V.

### LOUIS F. GOZA, Appellee

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 6, 2017. The clerk's record was filed July 5, 2017. The reporter's record was filed May 23, 2018. No brief was filed.

Appellants' briefs were originally due June 22, 2018. After granting several extensions of time to file a brief with none being filed, this court dismissed this

appeal on October 4, 2018, for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellants filed a timely motion for reconsideration asserting that portions of the reporter's record were missing. On November 6, 2018, we reinstated the appeal and ordered the reporter's record to be filed. A supplemental reporter's record was filed January 28, 2019. Appellants' brief was due February 27, 2019. When appellants failed to file briefs, we issued an order requiring briefs to be filed on or before April 3, 2019. We granted appellants' motion to extend time to file a brief through May 3, 2019. No brief was filed.

On June 4, 2019, appellee filed a motion to dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). On June 25, 2019, this court again ordered appellants to file a brief or risk dismissal for want of prosecution. Appellants filed no brief or other response. Accordingly, appellee's motion is granted and the appeal is ordered dismissed for want of prosecution.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Hassan.